IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES ODIS DOUGLAS,     Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO.4:09-CV-607-Y |
| DEE ANDERSON, Sheriff, Tarrant County, Texas,     Respondent. | § § § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner James Odis Douglas, along with the January 27, 2010, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until February 17, 2010, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.[1]

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed with prejudice as moot.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

---

[1] The Court's mailing of the magistrate judge's report to James O. Douglas was returned stamped "Return to Sender--Not in Tarrant County Jail," but Douglas has not updated his address of record with the Court.  The address on file with the clerk of Court for petitioner Douglas remains the same as when he filed the suit.  Because Petitioner has failed to keep the Court apprised of his current address as required by the local rules, see N. D. Tex. Civ. R. 83.13 and  83.14, he has not responded to the January 27, report.

James Odis Douglas's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED with prejudice.

SIGNED February 24, 2010.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE